1  QUIN DENVIR, Bar #49374
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  JUAN JAVIER CASTREJON-PEREZ


8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA


11  UNITED STATES OF AMERICA,       )   Case No. 1:05-cr-00248 OWW
                                    )
12           Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING AND ORDER
13      v.                           )   THEREON
                                    )
14  JUAN JAVIER CASTREJON-PEREZ,    )   Date:  September 26, 2005
                                    )   Time:  9:00 A.M.
15           Defendant.              )   Judge: Hon. Oliver W. Wanger
    _____  )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the **status conference hearing now set for September 13, 2005, may be continued to**

19  **September 26, 2005, at 9:00 A.M.**

20       This stipulation is requested because the government intends to make a new offer and defense

21  counsel will need time to consider the offer and discuss it with the defendant prior to hearing.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 8, 2005          By:   /s/  Marianne A. Panza
                                        MARIANNE A. PANZA
                                        Assistant United States Attorney
                                        Counsel for Plaintiff


                                        QUIN DENVIR
                                        Federal Defender


DATED: September 8, 2005          By:   /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUAN JAVIER CASTREJON-PEREZ

## ORDER

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

DATED: September   8  , 2005

                                   /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER, Judge
                                   United States District Court
                                   Eastern District of California

Stipulation to Continue Status Conference
Hearing and [Proposed] Order Thereon                2